**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00354-CR

**RICKEY TRENT STANLEY, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062945**

## ORDER

By order dated October 13, 2014, the Court reinstated this appeal and ordered appellant to file his brief within fifteen days. On October 14, 2014, appellant tendered his brief and a third motion for extension of time to file the brief. Because appellant's brief is timely filed pursuant to the Court's October 13, 2014 order, we **DEEM** it timely filed on the date of this order. We **DENY AS MOOT** appellant's third motion for extension of time to file his brief.

/s/    LANA MYERS
        JUSTICE